UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AVIATION SERVICES LLC, CIG DEVELOPMENT LLC, and GREGORY J. LANDIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, <br><br> Defendant. | No. 23 C 3103 <br><br> Chief Judge Pallmeyer |

**DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant U.S. Small Business Administration, by its attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, submits this unopposed motion for a 30-day extension of time to answer or otherwise respond to the complaint. In support of this motion, SBA states as follows:

1. This is a case under the Freedom of Information Act, 5 U.S.C. § 552, seeking documents relating to pandemic-related loan programs. Plaintiffs filed this case on May 17, 2023, Dkt. 1, and completed service on SBA on June 8. Under 5 U.S.C. § 552(a)(4)(C), SBA's responsive pleading is due Monday, July 10 (because 30 days after June 8 is July 8, which is a Saturday).

2. The complaint in this case arises out of certain FOIA requests and subsequent appeals. Dkt. 1 ¶¶ 10-37. Although SBA is aware of and promptly responded to the FOIA *requests*, it has no record of having received the *appeals*. To give SBA the opportunity to process the appeals and potentially resolve this case without further litigation, SBA requests a 30-day

extension of time to respond to the complaint. Plaintiffs do not oppose this motion. In addition to giving SBA the opportunity to process the appeals, the requested extension also will give SBA time to further assess the allegations in the complaint and prepare a responsive pleading.

WHEREFORE, SBA requests that the court grant it a 30-day extension of time, through and including August 9, 2023, to answer or otherwise respond to the complaint.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

        By: s/ Abraham J. Souza
            ABRAHAM J. SOUZA
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-1857
            abraham.souza@usdoj.gov